James L. WILSON, Plaintiff–Appellant,

v.

STATE of Missouri, Defendant–Respondent.

No. 56386.

Missouri Court of Appeals, Eastern District, Division Three.

Feb. 13, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 14, 1990.

Application to Transfer Denied April 17, 1990.

Dave Hemingway, St. Louis, for plaintiff-appellant.

William L. Webster, Atty. Gen., Andrea K. Spillars, Asst. Atty. Gen., Jefferson City, for defendant-respondent.

ORDER

PER CURIAM.

Movant appeals from an order of the trial court denying his motion for post-conviction relief pursuant to Rule 29.15. We find no error and the order is supported by competent and substantial evidence. A written opinion would have no precedential value. Parties have been furnished with a memorandum supplementing this order. Accordingly, the judgment is affirmed pursuant to Rule 84.16(b).